JUDGE RONALD LEIGHTON

UNITED STATES DISTRICT COURT, WESTERN
DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>   v.<br><br>MONICA NGUYEN aka DAO THI NGUYEN,<br>  Defendant. | NO. CR04-5647-RBL<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

The Court having considered the motion to modify the conditions of release to permit travel at the direction and approval of pre-trial services, and the records and files herein, it is hereby

ORDERED ADJUDGED AND DECREED, that defendant Monica Nguyen's motion to modify her conditions of release to permit travel at the direction and approval of pre-trial services is GRANTED.

DATED: August 29th 2005.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER MODIFYING CONDITIONS OF
RELEASE - 1

[Order Modifying Conditions of Release PDF.doc]

LAW OFFICES
MARY KAY HIGH
109 TACOMA AVENUE NORTH
TACOMA, WASHINGTON 98403
(253) 572-6865