04-CR-05647-ORD

Judge Ronald B. Leighton

FILED _____ LODGED
_____ RECEIVED

JUN 2 3 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR05-5647RBL |
| v. | ) | ORDER OF FORFEITURE |
| MONICA NGUYEN, a/k/a Dao Thi Nguyen, | ) | |
| Defendant. | ) | |

WHEREAS, on March 29, 2006, the Defendant, MONICA NGUYEN, a/k/a Dao Thi Nguyen, entered into a Plea Agreement with the United States pursuant to which the Defendant entered guilty pleas to the offenses charged in Count 1 and 2 of the Superseding Indictment, Conspiracy to Commit Visa Fraud in violation of Title 18, United States Code, Sections 371 and 1546(a), and Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 1956(h); and further agreed to forfeit to the United States One Thousand Dollars ($1,000.00) as property that was used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the charged offenses, and any property constituting, or derived from, any proceeds Defendant obtained, directly or indirectly, as the result of such offenses, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

ORDER OF FORFEITURE - 1
CR04-5647RBL - U.S. v. MONICA NGUYEN, a/k/a Dao Thi Nguyen

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND
2   DECREED that the Defendant shall forfeit to the United States a money judgment in
3   the sum of One Thousand Dollars ($1,000.00) pursuant to Title 18, United States Code,
4   Section 982(a)(6)(A), and Title 21, United States Code, Section 853.
5   IT IS FURTHER ORDERED that the United States District Court shall retain
6   jurisdiction in the case for the purpose of enforcing this Order;
7   IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of
8   Forfeiture shall become final as to the defendant at the time of sentencing, or before
9   sentencing if the defendant consents, and shall be made part of the sentence and
10  included in the judgment;
11  IT IS FURTHER ORDERED that the United States may, at any time, move
12  pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having
13  a value not to exceed One Thousand Dollars ($1,000.00) to satisfy the money judgment
14  in whole or in part; and
15  \\
16  \\
17  \\
18  \\
19  \\
20  \\
21  \\
22  \\
23  \\
24  \\
25  \\
26  \\
27
28

ORDER OF FORFEITURE - 2
CR04-5647RBL - U.S. v. MONICA NGUYEN, a/k/a Dao Thi Nguyen

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1  The Clerk of the Court is directed to send a copy of this Order of Forfeiture to
2  all counsel of record and three (3) "raised sealed" certified copies to the United States
3  Attorney's Office.
4  DATED this 23rd day of June, 2006.

RONALD B. LEIGHTON
United States District Judge

Presented by:

MONICA NGUYEN,
a/k/a Dao Thi Nguyen,
Defendant

MARY KAY HIGH
Attorney for Defendant

MATTHEW H. THOMAS
Assistant United States Attorney

AUSA
LEONIE G.H. GRANT
Assistant United States Attorney

ORDER OF FORFEITURE - 3
CR04-5647RBL - U.S. v. MONICA NGUYEN, a/k/a Dao Thi Nguyen